ers. No opinion. Motion to withdraw appeal granted. Order filed.

**WITT, Respondent, v. AUSTRO–AMERI-CANA S. S. CO., Limited, Appellant.** (Supreme Court, Appellate Division, First Department. October 22, 1915.) Appeal from Trial Term, New York County. Action by Chaim Witt against the Austro-Americana Steamship Company, Limited. From the judgment entered on a verdict, and from an order denying a motion for a new trial, defendant appeals. Judgment and order reversed, finding of jury reversed, and complaint dismissed. Lorenzo Ullo, of New York City, for appellant. John F. McIntyre, of New York City, for respondent.

PER CURIAM. The judgment and order appealed from are reversed, with costs, and the finding of the jury that the defendant was guilty of negligence is reversed, on the ground that there was not evidence to sustain it, and the complaint dismissed, with costs. Order filed.

**WITTE, Appellant, v. GENEVA CUTLERY CO., Respondent.** (Supreme Court, Appellate Division, First Department. October 29, 1915.) Action by Alexis Witte against the Geneva Cutlery Company. C. P. Goepel, of New York City, for appellant. V. D. Borst, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

**WOLFF, Appellant, v. DE VAUX, Respondent, et al.** (Supreme Court, Appellate Division, First Department. November 12, 1915.) Action by Mervin Wolff against Noel J. De Vaux, impleaded with others. B. Jaffe, of New York City, for appellant. F. Bien, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

**WOLFF et al., Respondents, v. LOWENSTEIN, Appellant (two cases).** (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Rudolf A. J. Wolff and others against Benjamin Lowenstein. I. M. Wormser, of New York City, for appellant. C. H. Payne, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Orders filed.

**WOOD, Respondent, v. WILSON, Appellant.** (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Otis F. Wood against Rose O'Neill Wilson. W. W. Corlett, of New York City, for appellant. C. E. Kelley, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 151 N. Y. Supp. 853.

**WOODHAVEN BANK, Respondent, v. COFFIN, Appellant, et al.** (Supreme Court, Appellate Division, Second Department. October 1, 1915.) Action by the Woodhaven Bank by George C. Van Tuyl, Jr., as Superintendent of Banks of the State of New York, against Maurice P. Coffin and others. No opinion. Judgment, in so far as appealed from affirmed, with costs. The facts having been found against the appellant upon sufficient evidence—that is, upon the presumption of consideration and the

circumstances attending the transaction—a court of review will not reverse the findings.

**WOOLLCOTT v. SHUBERT et al.** (Supreme Court, Appellate Division, First Department. October 29, 1915.) Action by Alexander Woollcott against Lee Shubert and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 155 N. Y. Supp. 1150.

**WOOLLCOTT, Appellant, v. SHUBERT et al., Respondents.** (Supreme Court, Appellate Division, First Department. November 26, 1915.) Appeal from Special Term, New York County. Action by Alexander Woollcott against Lee Shubert and others. From an order granting defendants' motion for judgment on the pleadings, plaintiff appeals. Affirmed. See, also, 155 N. Y. Supp. 515, 1150. Leventritt, Cook & Nathan, of New York City, for appellant. Charles H. Tuttle, of New York City, for respondents.

PER CURIAM. The order appealed from is affirmed, with $10 costs and disbursements, on the opinion of Scott, J., rendered July 9, 1915 (154 N. Y. Supp. 643); on the decision of an appeal in this case, reversing an order granting an injunction. The order to be entered hereon may contain a provision allowing an appeal to the Court of Appeals; the question to be certified to be: "Does the complaint state facts sufficient to constitute a cause of action?" Settle order on notice.

DOWLING, J., dissents, on his dissenting opinion in the above-mentioned case.

**WRIGHT, Respondent, v. CLARK et al., Appellants.** (Supreme Court, Appellate Division, Second Department. October 8, 1915.) Action by Joseph M. Wright against Arthur B. Clark and others.

PER CURIAM. Judgment affirmed by default, with costs. See, also, 154 N. Y. Supp. 1151.

MILLS, J., taking no part.

**WYNER v. 1482 BWAY CORPORATION.** (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by Max Wyner against 1482 Bway Corporation. No opinion. Motion granted, with $10 costs. Order filed.

**In re YOUNG'S ESTATE.** (Supreme Court, Appellate Division, Second Department. October 8, 1915.) In the matter of the estate of Adeline Young, deceased. No opinion. Motion denied, with $10 costs. See, also, 154 N. Y. Supp. 1151.

**In re YOUNG WOMEN'S ASS'N OF CITY OF TROY et al.** (Supreme Court, Appellate Division, Third Department. December 3, 1915.) In the matter of the application of the Young Women's Association of the City of Troy and the Young Women's Christian Association of the City of Troy, Incorporated, to consolidate under the name of the Young Women's Christian Association of the City of Troy, Incorporated. No opinion. Order settled. See, also, 155 N. Y. Supp. 838.